949 A.2d 207

IN THE MATTER OF JOHN F. WISE, AN ATTORNEY
AT LAW (ATTORNEY NO. 038471983).

June 11, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in *DRB* 07–406, concluding that **JOHN F. WISE** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of trust funds), *RPC* 1.15(d), and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **JOHN F. WISE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.